UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Nasella, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-07-1353 |
| | § | |
| Michael J. Astrue, Commissioner of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

### Order Adopting Magistrate Judge's Memorandum and Recommendation

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 13, 2008[1] (Dkt. 22), the court is of the opinion that the Memorandum and Recommendation be adopted by this court.

Therefore, it is ORDERED that the Memorandum and Recommendation (Dkt. 22) is hereby ADOPTED by the court. Defendant's motion for summary judgment (Dkts. 13, 14) is GRANTED. Plaintiff's motion for summary judgment (Dkt. 20) is DENIED.

Signed at Houston, Texas on March 3, 2008.

_____
Gray H. Miller
United States District Judge

---

[1] Neither party filed objections to the Memorandum and Recommendation.